

Clerk of Courts, EDPa  James A. Byrne US Courthouse
Room 2609  601 Market Street
Philadelphia, PA 19106

### 297. Visiting Montana

BELGRADE
BILLINGS
DAWSON
GALLATIN
GLENDIVE
GRANITE PEAK
GRINNELL GLACIER
HAVRE
HELENA
JUDITH BASIN
KALISPELL
KOOTENAI RIVER
MISSOURI RIVER
QUAKE LAKE
ROCKY MOUNTAINS
SILVER BOW
STILLWATER
SWEET GRASS
THE FLATHEAD
WHEATLAND

Mr Kostura                                    11-22-21

Hello sir   ~~DENIED~~ ~~Jails not accepting 7x transfers currently due to Covid~~

I would like to know if you may ~~@~~
respectfully Help me out ~~Please~~
I would like to get 7x of what
Happend between me An Mr Cruz
the Staff Here Have been being
Bias tord me An I shouldn't Have
to Deal with that. I Have been
Doing what I Have to do no write
up's no ~~Behave~~ nothing for 60 Day's
I made a misstake I AM sorry sir
But your officer made a misstake to
sir But I would like to see if I
can get a transfor get of this jail
An ~~my~~ if you can Put a Word on getting
off of Highrisk sir Please An thank you
respectfully Mr Cowan

Kate Williams

# Department of Corrections Inmate Request

Cell No. E-12   Date: 12-9-21

I specifically request: I would like a grievince because on the day of 12-9 co's Capewell And Hampton were working E-tier Capewell was lower Tier Hampton Upper Now Capewell ask Hampton for to own Downstairs Inmate to search Cowen's cell Hampton said good iden I know He Has alot of stuff in his cell He grab the Belt

_____
Jeffrey Cowen
Inmate Name (Print)

#8886
Inmate Perm Number

Block Officer Reply: Provided

G. Williams

Jean G. Georkes
Officer's Name/ Badge No. (Print)

## Official Use Only

Forward to:
☐ Director    ☐ Warden    ☐ Treatment    ☐ Classification    ☐ Records    ☐ Lt.    ☐ CCF
☐ Inmate Accounts   ☐ Profess. Responsibility   ☐ Operations   ☐ Pre-trial / Probation   ☐ Pub. Def.   ☐ Med

NCP Form No. NCP – 139A

**Department of Corrections Inmate Request**

Cell No. E-11

Date: 10-13-21

I specifically request: 3 grievances for what happend sep 27 reason my civil rights were broken. how c.o. ccuf was upper cutting me and c.o. francis grab my incounter Hitting me in my ribs all I a I winded that on Ackerman video cam so maybe please have 3 grievances then Kyou

Inmate Name (Print): Jeffrey Cowan

Inmate Perm Number: #0008807

Block Officer Reply: 1 grievance provided.

Lt Williams #25

Officer's Name/ Badge No. (Print): Lt Williams

**Official Use Only**

Forward to:
☐ Director  ☐ Warden  ☐ Treatment  ☐ Classification  ☐ Records  ☐ Lt.  ☐ CCF
☐ Inmate Accounts  ☐ Profess. Responsibility  ☐ Operations  ☐ Pre-trial / Probation  ☐ Pub. Def.  ☐ Med

NCP Form No. NCP – 139A

Lt. Williams

**Department of Corrections Inmate Request**

Date: 10-13-21

Cell No. E-11

I specifically request: I would like 3 grievance's Reasons because of what happend the morning of September 27th

Please An thank you sir

Inmate Name (Print): Jeffrey Cowan

Inmate Perm Number: #000 8807

Block Officer Reply: Need to give reason for grievance 6140

Officer's Name/ Badge No. (Print): DANZA / #375

Official Use Only

Forward to:
☐ Director  ☐ Warden  ☐ Treatment  ☐ Classification  ☐ Records  ☐ Lt.  ☐ CCF
☐ Inmate Accounts  ☐ Profess. Responsibility  ☐ Operations  ☐ Pre-trial / Probation  ☐ Pub. Def.  ☐ Med

NCP Form No. NCP – 139A

Hoomen

**Department of Corrections Inmate Request**

Cell No. E-11     Date: 10-31-21

I specifically request: I would like to know if there is away that I can get off my Ps. time on 12-23-21 because the Day I suppsed to get off is a Saturday the 25 is Christmas Classification isn't Here either is you Just saying sir or will you make sure I get off on Christmas sir

Please An thank you Mr Cowan

Jeffrey Cowan         # 8804

Inmate Name (Print)        Inmate Perm Number

Block Officer Reply: 11/2/2021 We will see when the time comes.

_Jermer_

Official Use Only

Wilson # 490

Officer's Name/ Badge No. (Print)

Forward to:
☐ Director    ☐ Warden    ☐ Treatment    ☐ Classification    ☐ Records    ☐ Lt.    ☐ CCF
☐ Inmate Accounts    ☐ Profess. Responsibility    ☐ Operations    ☐ Pre-trial / Probation    ☐ Pub. Def.    ☐ Med

NCP Form No. NCP – 139A

## Northampton County
## Department of Corrections

### GRIEVANCE REVIEW SYSTEM RESPONSE

TO: **Cowen, Jeffrey**           **0008807**      Grievance Register No. _____
    (Inmate Name)     and    (Perm No.)

      **E**                          **11**           Date: **22 October 2021**
   (Housing Unit)            (Cell No.)

I have received your grievance and my response is as follows:

I have reviewed your grievance dated 19 October 2021 and have found it NOT GRIEVABLE. Per **Section 4 d** of the grievance form, you are not to use the form for matters concerned with challenge of or review of disciplinary action.

If you feel your inmate rights have been violated you may submit a request to a shift supervisor for his review on his daily tour. You may also submit a request to the Institutional Investigator. If he feels your complaint is valid, he may initiate an investigation into this matter.

_____
(Grievance Supervisor)

_____ Inmate received a copy of this response and did not wish to appeal.

_____ Inmate given or sent a copy of appeal form (NCP Form No. NCP-169)

White: Grievance Supervisor        Yellow: Inmate

NCP Form No. NCP-168



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS

**666 WALNUT STREET**
**EASTON, PENNSYLVANIA 18042**

To: Inmate Cowan, Jeffrey #8807 (E-12)

From: Capt. David C. Collins, Sr. #4

Date: 10 Dec 2021

Subject: Request to make a personal phone call

---

Mr. Cowan,

Your request to call your attorney is denied. You will not be afforded any items, requests, etc. which would be outside of your current custody level, which is High Risk Protocol.

Thank you,

Capt. D. Collins, Sr. #4



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS

**666 WALNUT STREET**
**EASTON, PENNSYLVANIA 18042**

To: Inmate Cowan, Jeffrey #8807 (E-12)

From: Capt. David C. Collins, Sr. #4

Date: 07 Dec 2021

Subject: Phone Call

---

Mr. Cowan,

Your request to be afforded a personal phone call is denied.


Thank you,

Capt. D. Collins, Sr. #4



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS

**666 WALNUT STREET**
**EASTON, PENNSYLVANIA 18042**

To: Inmate Cowan, Jeffrey #8807 (E-11)

From: Capt. David C. Collins, Sr. #4

Date: 09 Nov 2021

Subject: Removal from High Risk Protocol

---

Mr. Cowan,

Your request to be removed from HRP is DENIED.
You will remain on HRP until further notice.

Thank you,

Capt. D. Collins, Sr. #4



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS

**666 WALNUT STREET**
**EASTON, PENNSYLVANIA 18042**

To: Inmate Cowan, Jeffrey #8807 (E-12)

From: Capt. David C. Collins, Sr. #4

Date: 03 Dec 2021

Subject: High Risk Protocol Removal Request

---

Mr. Cowan,

Your request to be removed from High Risk Protocol is DENIED at this time.

Thank you,

Capt. D. Collins, Sr. #4

| COMMONWEALTH OF PENNSYLVANIA | | POLICE CRIMINAL COMPLAINT |
|---|---|---|
| COUNTY OF: NORTHAMPTON |  | COMMONWEALTH OF PENNSYLVANIA VS. |

Magisterial District Number: 03-2-06
MDJ: Hon. Daniel G. Corpora
Address: 700 Philadelphia Road Suite C
Easton, PA 18042
Telephone: (610) 258-8711

DEFENDANT: (NAME and ADDRESS)
JEFFREY  GORDON  COWAN
First Name / Middle Name / Last Name / Gen
666 WALNUT STREET
EASTON, PA 18042

### NCIC Extradition Code Type

- [ ] 1-Felony Full
- [x] 5-Felony Pend.
- [ ] C-Misdemeanor Surrounding States
- [ ] Distance: _____
- [ ] 2-Felony Ltd.
- [ ] 6-Felony Pend. Extradition Determ.
- [ ] D-Misdemeanor No Extradition
- [ ] 3-Felony Surrounding States
- [ ] A-Misdemeanor Full
- [ ] E-Misdemeanor Pending
- [ ] 4-Felony No Ext
- [ ] B-Misdemeanor Limited
- [ ] F-Misdemeanor Pending Extradition Determ

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR-425-21 | 9/27/2021 | R 172418-6 | 21-056 | [ ] YES [x] NO |

| GENDER | DOB 12/16/1993 | POB PA | Add'l DOB / / | Co-Defendant(s) [ ] |
|---|---|---|---|---|
| [x] Male | First Name | Middle Name | Last Name | Gen |
| [ ] Female | AKA | | | |

RACE: [x] White  [ ] Asian  [ ] Black  [ ] Native American  [ ] Unknown
ETHNICITY: [ ] Hispanic  [x] Non-Hispanic  [ ] Unknown

HAIR COLOR:
- [ ] GRY (Gray)  [ ] RED (Red/Aubn.)  [ ] SDY (Sandy)  [ ] BLU (Blue)  [ ] PLE (Purple)  [x] BRO (Brown)
- [ ] BLK (Black)  [ ] ONG (Orange)  [ ] WHI (White)  [ ] XXX (Unk/Bald)  [ ] GRN (Green)  [ ] PNK (Pink)
- [ ] BLN (Blonde / Strawberry)

EYE COLOR:
- [ ] BLK (Black)  [x] BLU (Blue)  [ ] BRO (Brown)  [ ] GRN (Green)  [ ] GRY (Gray)
- [ ] HAZ (Hazel)  [ ] MAR (Maroon)  [ ] PNK (Pink)  [ ] MUL (Multicolored)  [ ] XXX (Unknown)

| DNA | [ ] YES [ ] NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| FBI Number | 104667RD2 | | MNU Number | 210 |
| Defendant Fingerprinted | [ ] YES [ ] NO | | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | | 5 / 10 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat [ ] | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. [ ] | School Veh. [ ] | Oth. NCIC Veh. Code | | Reg. same as Def. [ ] |
|---|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | | Style | Color | |

Office of the attorney for the Commonwealth [x] Approved  [ ] Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

DA TERENCE HOUCK         Via email                         09/27/2021
(Name of the attorney for the Commonwealth)   (Signature of the attorney for the Commonwealth)   (Date)

---

I, INVESTIGATOR CHARLES HORVATH           25417
  (Name of the Affiant)                   (PSP/MPOETC Assigned Affiant ID Number & Badge #)

of NORTHAMPTON COUNTY DOC                 PA0483000
  (Identify Department or Agency Represented and Political Subdivision)   (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. [x] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as _____
   [ ] I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe
   with violating the penal laws of the Commonwealth of Pennsylvania at [ 302 ]   666 WALNUT STREET
                                                                       (Subdivision Code)   (Place-Political Subdivision)
   EASTON, PA 18042

in NORTHAMPT County    [ 48 ]    on or about 09/27/2021 AT ABOUT 0900 HOURS
                   (County Code)              (Offense Date)

---

AOPC 412A – Rev. 07/18                                         Page 1 of 3

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR-175-21 | 9/29/21 | R 179478-6 | 21-056 |

| Defendant Name | First: JEFFREY | Middle: GORDON | Last: COWAN |
|---|---|---|---|

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically. (Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

**Offense 1**

Inchoate Offense: ☐ Attempt 18 901 A  ☐ Solicitation 18 902 A  ☐ Conspiracy 18 903

Number of Victims Age 60 or Older: ___

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 001 | 2702 | (a) (3) | of the | 18 | 1 | F2 | | |

☐ Interstate  ☐ Safety Zone  ☐ Work Zone

Statute Description (include the name of statute or ordinance):
**AGGRAVATED ASSAULT**

Acts of the accused associated with this Offense:
In that the defendant, an inmate at the Northampton County Prison, attempted to cause or intentionally or knowingly caused bodily injury to a correctional officer. To wit, on September 27, 2021 the defendant, an inmate at Northampton County Prison, shoved a DOC officer and took him to the ground, causing an injury to his leg that required medical attention.

**Offense 2**

Inchoate Offense: ☐ Attempt 18 901 A  ☐ Solicitation 18 902 A  ☐ Conspiracy 18 903

Number of Victims Age 60 or Older: ___

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 002 | 2701 | (a) (1) | of the | 18 | 1 | M2 | | |

☐ Interstate  ☐ Safety Zone  ☐ Work Zone

Statute Description (include the name of statute or ordinance):
**SIMPLE ASSAULT**

Acts of the accused associated with this Offense:
In that the defendant, an inmate at the Northampton County Prison, attempted to cause or intentionally, knowingly, or recklessly caused bodily injury to another. To wit, on September 27, 2021 the defendant, an inmate at Northampton County Prison, shoved a DOC officer and took him to the ground, causing an injury to his leg that required medical attention.

**Offense 3**

Inchoate Offense: ☐ Attempt 18 901 A  ☐ Solicitation 18 902 A  ☐ Conspiracy 18 903

Number of Victims Age 60 or Older: ___

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 003 | 2709 | (a) (1) | of the | 18 | 1 | S | | |

☐ Interstate  ☐ Safety Zone  ☐ Work Zone

Statute Description (include the name of statute or ordinance):
**HARASSMENT**

Acts of the accused associated with this Offense:
In that the defendant struck, shoved, kicked or otherwise subjected another person to physical contact, or attempted or threatened to do the same. To wit, on September 27, 2021 the defendant, an inmate at Northampton County Prison, shoved a DOC officer and took him to the ground, causing an injury to his leg that required medical attention.

AOPC 412A – Rev. 07/18

Page 2 of 3

# POLICE CRIMINAL COMPLAINT

| Docket Number: CR-175-21 | Date Filed: 9/27/21 | OTN/LiveScan Number E 178478-6 | Complaint/Incident Number 21-056 |
|---|---|---|---|
| Defendant Name | First: JEFFREY | Middle: GORDON | Last: COWAN |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered 1 through 2.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited. **(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

September 27      2021
(Date)            (Year)                                    (Signature of Affiant)

AND NOW, on this date  9-27-21     I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

03 2-12
(Magisterial District Court Number)    (Issuing Authority)

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR-175-21 | 9/27/21 | R 178478-6 | 21-056 |

| Defendant Name: | First: JEFFREY | Middle: GORDON | Last: COWAN |
|---|---|---|---|

## AFFIDAVIT of PROBABLE CAUSE

    Your affiant is Northampton County Department of Corrections (DOC) Professional Responsibility Investigator Charles Horvath. Your affiant is a Northampton County Special Detective, per 16 P.S. Section 1441. Your affiant is Act 120 certified and has been a sworn law enforcement officer since 1997.

    On the morning of September 27, 2021 Inmate Jeffey Cowan, the defendant and an inmate at the Northampton County Prison, allegedly spit at an inmate on G Tier in Cell G-25. While DOC Officers Roger Cruz and John Francis were attempting to detain Cowan regarding the spitting incident, Cowan refused to comply and resisted being handcuffed. Cowan shoved Officer Cruz towards a door before taking/tackling Cruz to the floor. After being shoved, Cruz struck the door's handle and damaged it, subsequently causing it to be replaced.

    Your affiant spoke with Officers Francis, Gilbert D'Angelo, and Colleen Gahagan. The officers related that Cowan continued to resist and struggle with officers on the floor while Cowan maintained control of Cruz's leg. Officer Michael Vaughn Tasered Cowan on the left side of his abdomen and Cowan was then secured and handcuffed.

    Officer Cruz sustained an injury to his leg and was transported to the hospital for medical attention. It was later revealed Cruz suffered a torn tendon to his right knee that would require surgery to repair.

    Video surveillance of the incident was reviewed. It showed Cowan resisting Officer Cruz and Francis' efforts to initially detain him, but it did not clearly show what occurred near the door, which was just out of camera view.

    DOC Lieutenant Jeremy Ackerman spoke to Cowan immediately after he was secured. Cowan admitted to shoving Cruz and falling on his leg, but denied tackling him. The conversation was captured by Ackerman's body-worn camera.

I, Investigator Charles Horvath, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this 27th day of September

Date 9-27-21

_____, Magisterial District Judge

My commission expires first Monday of January, 2024

AOPC 411C – Rev. 07/18    Page 1 of ___

Jeffrey Cowan 006807
Northampton County Jail
666 Walnut Street
Easton PA 18042

Legal mail

RECEIVED
DEC 17 2021

Clerk of Courts, EDPA
James A Byrne US Court House
Room 2609 601 Market Street
Philadelphia, PA 19106

U.S.M.S
X-RAY.

INMATE MAIL
This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.

INMATE MAIL
This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.

U.S. POSTAGE >> PITNEY BOWES
ZIP 18042 $ 002.36°
0000379641 DEC 15 2021