Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Jeffrey Cowan

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Cruz Francis Rinker

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 21-5557

_____
(to be filled in by the Clerk's Office)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

I.      The Parties to This Complaint

   A.      The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

   Name                              Jeffrey Cowan
   All other names by which
   you have been known:
   ID Number                         8807
   Current Institution               Northampton County Prison
   Address                           666 Walnut Street
                                     Easton              PA         18042
                                     _____            _____       _____
                                       City              State       Zip Code

   B.      The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s)
   listed below are identical to those contained in the above caption.  For an individual defendant, include
   the person's job or title (if known) and check whether you are bringing this complaint against them in their
   individual capacity or official capacity, or both.  Attach additional pages if needed.

   Defendant No. 1
      Name                           Cruz
      Job or Title (if known)        Corrections Officer CERT
      Shield Number
      Employer                       Northampton County DOC
      Address                        666 Walnut Street
                                     Easton              PA         18042
                                     _____            _____       _____
                                       City              State       Zip Code
                                     ☒ Individual capacity   ☐ Official capacity

   Defendant No. 2
      Name                           Francis
      Job or Title (if known)        Corrections Officer CERT
      Shield Number
      Employer                       Northampton County DOC
      Address                        666 walnut Street
                                     Easton              PA         18042
                                     _____            _____       _____
                                       City              State       Zip Code
                                     ☒ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — Chad Rinker

Job or Title *(if known)* — Lt.

Shield Number — 35

Employer — Northampton County DOC

Address — 666 walnut Street

Easton            PA        18042

City                State          Zip Code

☒ Individual capacity          ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City                State          Zip Code

☐ Individual capacity          ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.       Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.       Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment

C.       Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*Pennsylvania State legislature.*

*All three defendants acted under law of the*

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☒     Other *(explain)*     *Convicted County prisoner*

## IV.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*In Northampton County Prison after an argument with another inmate.*

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

See attached

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Finger got Broken mental anguish

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.



$ 1,000,000,00

IV. Statement of claim

C.

1. September 27, 2021 app. 9:00 am

D.

1. I got into an argument with another inmate and the other inmate through a punch at me. I duct then I spit on the inmate and immediately walked away. As I walked away from the seen, Corrections officer CERT member Francis called for me to stop walking and to freeze. I walked into the "mail" area heading back to the kitchen. Corrections Officer CERT Francis intervened my direction walking away and told me to come over to him and I did. Francis told me to, "put your hands behind your back." I asked Francis if "can we please talk?". Corrections Officer CERT Cruz walked up and said to me, "Put your fucking hands behind your back, shut up, and we are going to bring you to E-Tier.", I commented "Me and Francis are talking please give us a minute." Corrections Officer Cruz started grabbing me aggressively, I stated "Please back up and get out of my face I can feel when your talking to me your skit in my face", Corrections Officer Cruz stated, "Shut up and put your hands behind your back now or there is gonna be a fucking problem." I felt threatened and I shoved him back off of me. After he stumbled and got back upon me, CO Cruz started hitting me close fisted 4 times in the face. Corrections Officer Francis then grabbed me by the throat some how from the inercia I fell and I got hit 8 times in the back of the head. 8 Corrections officers showed up and I ended up on the floor slammed down on top of Corrections Officer Cruz and he was crying, "My leg, my leg". I was then immediately cuffed without resisting. I heard Corrections Officer Francis tell CERT member to tase me as this was all happening, I was then walked by two other CERT

Page 5 of 11 con.

# IV. Statement of Claim

## D. continued

1. members to the medical Unit to have the taser probes removed. Lt. Ackerman was the initial responding Lt. to the code that was called. I told Lt. Ackerman what played out and it was recorded on his bodycam. I explained why I made the actions I did. I stood up while explaining and that is when Binker came around the corner after not even being in the room and immediately proceeded to tase me.

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Northampton County Prison_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_ALL_

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Northampton County Prison

2.    What did you claim in your grievance?

excessive Force

3.    What was the result, if any?

The use of the grievance system was bard

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

-private single person requests
- private letters

F.        If you did not file a grievance:

      1.    If there are any reasons why you did not file a grievance, state them here:

_____

      2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.        Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
     Plaintiff(s)    Jeffrey Cowan
     Defendant(s)    primeCare meDical

2.    Court *(if federal court, name the district; if state court, name the county and State)*
     the Eastern DistRict of PennsyLvania

3.    Docket or index number
     5:22-cv-00132-JP

4.    Name of Judge assigned to your case
     HonorabLe joHn R. PADOVa

5.    Approximate date of filing lawsuit
     Filed 01/10/22

6.    Is the case still pending?

☑ Yes

☐ No

     If no, give the approximate date of disposition.  _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

**IX.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-19-22

Signature of Plaintiff

Printed Name of Plaintiff    Jeffrey Cowan

Prison Identification #    000-88077

Prison Address    666 Walnut St

Easton                    PA      18042
                            City                                   State              Zip Code

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                                   State              Zip Code

Telephone Number    _____

E-mail Address    _____



Jeffrey Cowan 8807

COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

Legal
Mail

**INMATE MAIL** This correspondence is from
a County Jail and the sender is an inmate.
The contents have not been evaluated.
Northampton County Jail is not responsible
for the contents or debts incurred.

RECEIVED
JAN 2...

Clerk of Court, EDPa
James A. Byrne US. Court House
601 Market street
Philadelphia, PA 19106

US POSTAGE PITNEY BOWES

ZIP 18042
02 4W
0000379641 JAN 20 2022
$ 001.56°