IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY COWAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHAD RINKER, ET AL | : | NO.   21-5557 |

**TAKE NOTICE** that the above-entitled case has been set for a **TELEPHONE STATUS CONFERENCE** on **March 15, 2022,** at **11:00 a.m.** before the Honorable John R. Padova.

Very truly yours,

　　　/s/ Malissa Wolenski
Malissa Wolenski
Deputy Clerk